UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                                                       :      13 Cr. 345-02 (LGS)
                  -against-                  :
                                           :      <u>ORDER</u>
    STEVEN GLISSON,                         :
                               Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter on **May 3, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: April 27, 2023
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**