UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                        Plaintiff,          :
                                                            :   13 Cr. 345-02 (LGS)
            -against-                                       :
                                                            :   ORDER
STEVEN GLISSON,                                             :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Order dated June 13, 2023, directed the parties to file a joint status letter by July 13, 2023.( Dkt. No. 311)

WHEREAS no status letter has been filed.  It is hereby

**ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **July 19, 2023**, at **noon**.

Dated: July 17, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**