UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                           -against-                      13 Cr. 345-02 (LGS)

                                                    ORDER
   STEVEN GLISSON,
                                 Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the Order dated July 24, 2023, directed the parties to file a joint status letter by August 24, 2023. (Dkt. No. 314)

       WHEREAS no status letter has been filed.  It is hereby

       **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **September 14, 2023**, at **noon**.

Dated: September 12, 2023
       New York, New York

                                                                    LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE