

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted. The parties shall file a joint status letter on **October 30, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 317.

Dated: September 15, 2023
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   United States v. Steven Glisson, 13 Cr. 345 (LGS)

Dear Judge Schofield:

      The Government respectfully writes, on behalf of the parties, to update the Court regarding defendant Steven Glisson's pending violations of supervised release and the related underlying New York state charges.

      As the Court is aware, Glisson was arrested on or about April 19, 2023 in the Bronx, New York, and charged with (1) criminal possession of a weapon in the second degree, in violation of N.Y.P.L. 265.03(01)(B), a class C felony, (2) criminal possession of a weapon in the second degree, in violation of N.Y.P.L. 256.03(03), a class C felony, (3) criminal possession of a weapon in the third degree, in violation of N.Y.P.L. 265.02(05)(II), a class D felony, (4) criminal possession of a weapon in the fourth degree, in violation of 265.01(01), a class A misdemeanor, and (5) forgery in the third degree, in violation of N.Y.P.L. 170.05, a class A misdemeanor. Glisson was released on bail conditions in his state case. On April 24, 2023, Glisson was arrested for violating the terms of his supervised release, based on the allegations contained in his New York state charges. The next day, April 25, 2023, Glisson was presented and arraigned before the Honorable Ona T. Wang, United States Magistrate Judge, who ordered Glisson released upon the satisfaction of bail conditions. Dkt. 302. Glisson satisfied those bail conditions and was released on April 28, 2023.

      Based on information provided by U.S. Probation Officer Patrick Fountain, the parties understand that Glisson is currently complying with his bail conditions and his conditions of supervised release, other than the violations specified in the Probation Department's April 20, 2023 report and request for a warrant. The state charges against Glisson remain pending, and the next court date on those charges is August 18, 2023. The Government obtained several files from the Bronx District Attorney's Office regarding the state charges, and has produced those records to counsel for Glisson. In addition, the Government understands, based on information provided by the Assistant District Attorney in charge of Glisson's state case, that the Bronx District

Attorney's Office is also producing records to Glisson, via counsel, and is awaiting the results of a DNA examination of the firearm in the case. The Assistant District Attorney in charge of Glisson's state case has conveyed that the case is still in the discovery compliance phase and expects that there will be a suppression hearing once the discovery phase is complete. The next appearance in the case is scheduled for October 20, 2023.

In light of the pending state charges, the discovery related to those charges, and the potential for a suppression hearing in the state case, the parties respectfully request that the Court set a control date in approximately 30 days for the parties to report back to the Court regarding the status of state case, whether a disposition has been reached, or if an evidentiary hearing is needed.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: /s/ Negar Tekeei
    Negar Tekeei
    Assistant United States Attorney
    (212) 637-2482

cc:    Avraham Moskowitz, Esq. (by ECF)
       Patrick Fountain, U.S. Probation Officer (by email)