UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                      -against-

   STEVEN GLISSON,
                               Defendant.
------------------------------------------------------------X

13 Cr. 345-02 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

     WHEREAS the Order dated November 2, 2023, directed the parties to file a joint status letter by January 4, 2024. (Dkt. No. 321)

     WHEREAS no status letter has been filed.  It is hereby

     **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **January 23, 2024**, at **noon**.

Dated: January 22, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE