```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :    13 Cr. 345-02 (LGS)
                    -against-                               :
                                                            :         ORDER
    STEVEN GLISSON,                                         :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Order dated January 31, 2024, directed the parties to file a joint status letter by May 2, 2024. (Dkt. No. 324)

WHEREAS no status letter has been filed.  It is hereby

**ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **May 8, 2024**, at **noon**.

Dated: May 7, 2024
       New York, New York

                                             _____
                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE