UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                               13 Cr. 345-02 (LGS)

                -against-

                                               ORDER

    STEVEN GLISSON,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the Order dated August 14, 2024, directed the parties to file a joint status letter by September 30, 2024. (Dkt. No. 340)

       WHEREAS no status letter has been filed.  It is hereby

       **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **October 11, 2024**, at **noon**.

Dated: October 8, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**