

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

October 14, 2024

*Application GRANTED. The parties shall file a joint status letter by December 2, 2024. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 342.*

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dated: October 15, 2024
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   United States v. Steven Glisson, 13 Cr. 345 (LGS)

Dear Judge Schofield:

The Government respectfully writes, on behalf of the parties, to update the Court regarding defendant Steven Glisson's pending violations of supervised release and the related underlying New York state charges.

As the Court is aware, Glisson was arrested on or about April 19, 2023 in the Bronx, New York, and charged with (1) criminal possession of a weapon in the second degree, in violation of N.Y.P.L. 265.03(01)(B), a class C felony, (2) criminal possession of a weapon in the second degree, in violation of N.Y.P.L. 256.03(03), a class C felony, (3) criminal possession of a weapon in the third degree, in violation of N.Y.P.L. 265.02(05)(II), a class D felony, (4) criminal possession of a weapon in the fourth degree, in violation of 265.01(01), a class A misdemeanor, and (5) forgery in the third degree, in violation of N.Y.P.L. 170.05, a class A misdemeanor. Glisson was released on bail conditions in his state case. On April 24, 2023, Glisson was arrested for violating the terms of his supervised release, based on the allegations contained in his New York state charges. The next day, April 25, 2023, Glisson was presented and arraigned before the Honorable Ona T. Wang, United States Magistrate Judge, who ordered Glisson released upon the satisfaction of bail conditions. Dkt. 302. Glisson satisfied those bail conditions and was released on April 28, 2023.

Based on information provided by U.S. Probation Officer Patrick Fountain, the parties understand that Glisson is currently complying with his bail conditions and his conditions of supervised release, other than the violations specified in the Probation Department's April 20, 2023 report and request for a warrant. The state charges against Glisson remain pending, and the next appearance in the case is scheduled for November 22, 2024 for hearing and trial.

In light of the pending state charges and the pending appearance date of November 22, 2024 in the state case, the parties respectfully request that the Court set a control date in

approximately 45 days for the parties to report back to the Court regarding the status of state case, whether a disposition has been reached, or if an evidentiary hearing is needed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Negar Tekeei
Negar Tekeei
Assistant United States Attorney
(212) 637-2482

cc: Avraham Moskowitz, Esq. (by ECF)
Patrick Fountain, U.S. Probation Officer (by email)