UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                     13 Cr. 345-02 (LGS)

              -against-

                                                     ORDER

   STEVEN GLISSON,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the Order dated December 9, 2024, directed the parties to file a joint status letter by January 21, 2025. (Dkt. No. 345)

       WHEREAS no status letter has been filed.  It is hereby

       **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **February 6, 2025**, at **noon**.

Dated: February 4, 2025
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**