UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                          13 Cr. 345-02 (LGS)

                -against-

                                          ORDER

   STEVEN GLISSON,
                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the Order dated April 25, 2025, directed the parties to file a joint status letter by June 9, 2025. (Dkt. No. 350)

      WHEREAS no status letter has been filed.  It is hereby

      **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **July 30, 2025**, at **noon**.

Dated: July 28, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE